IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JENNIFER SWAIN,    ) | |
| ) | |
|    Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:22cv614-MHT |
| ) | (WO) |
| TRANSUNION and EXPERIAN,    ) | |
| ) | |
|    Defendants.    ) | |

OPINION

Plaintiff filed this lawsuit pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and abide by orders of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of February, 2023.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**